UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL YOUNGER, <br> Plaintiff, <br> v. <br> COUNTY OF SAN BERNARDINO, et al., <br> Defendants. | Case No. EDCV 15-1964 SVW(JC) <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Original and First Amended Complaints, the United States Magistrate Judge's December 10, 2015 and January 19, 2016 orders dismissing the Original and First Amended Complaints with leave to amend (collectively "Dismissal Orders"), the currently operative Second Amended Complaint, all documents submitted in connection with the Motion for Summary Judgment filed by defendants Sergeant G. Winegar, Lieutentant D. Cox and Captain G. Wielenga ("defendants"), plaintiff's September 9, 2017 Request for Injunction and January 29, 2018 Request for an Order, the January 30, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), plaintiff's Statement of Objections to the Report and Recommendation ("Objections") and all of the other

records herein.  The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.  The Court agrees with, approves, accepts and adopts the Report and Recommendation (including the Dismissal Orders which are incorporated therein by reference) and overrules the Objections.

IT IS HEREBY ORDERED THAT:  (1) the Original and First Amended Complaint are dismissed for the reasons stated in the Dismissal Orders; (2) the Motion for Summary Judgment is granted; (3) the Request for Injunction and Request for an Order are denied; and (4) the Clerk shall enter judgment in favor of defendants and against plaintiff.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the judgment herein on plaintiff and counsel for defendants.

IT IS SO ORDERED

DATED:  June 27, 2018   _____
                                HONORABLE STEPHEN V. WILSON
                                UNITED STATES DISTRICT JUDGE