UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL YOUNGER, | Case No. EDCV 15-1964 SVW(JC) |
| Plaintiff, | ~~(PROPOSED)~~ |
| v. | JUDGMENT |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that summary judgment is granted in favor of defendants and against plaintiff.

IT IS SO ADJUDGED.

DATED: June 27, 2018

_____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE